FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONFLUENCE HEALTH, a Washington non-profit corporation,<br><br>Respondent. | CASE NO. 2:23-CV-0301-TOR<br><br>ORDER RE PETITION FOR SUMMARY ENFORCEMENT |

Upon consideration of the United States' Petition for Summary Enforcement of 18 U.S.C. § 3486 Subpoena, and the declaration, memorandum, and exhibits in support thereof, and the Respondent's responsive materials, and pursuant to this Court's authority under 18 U.S.C. § 3486(c).

The Court finds that the Department of Justice is a "health oversight agency" that is authorized to issue this subpoena under 18 U.S.C. § 3486. Furthermore, the Court finds that neither HIPPA nor the UHCIA prohibit this information from being provided to the Department of Justice under this authority.

//

ORDER RE PETITION FOR SUMMARY ENFORCEMENT ~ 1

**THEREFORE, IT IS HEREBY ORDERED**:

Respondent Confluence Health must appear before the United States Attorney's Office for the Eastern District of Washington and produce all records responsive to the 18 U.S.C. § 3486 subpoena issued to Confluence Health on July 17, 2023, by December 15, 2023 before 3:00 p.m.

The District Court Executive is directed to enter this Order, provide copies to the parties, and **Close** the file, subject to reopening should Confluence Health not fully comply with the Court's Order.

DATED November 24, 2023.



THOMAS O. RICE
United States District Judge

ORDER RE PETITION FOR SUMMARY ENFORCEMENT ~ 2